UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
        :
JOSE QUEZADA,        :
        :
        Plaintiff,        :
        :    20-CV-10463 (JMF)
    -v-        :
        :    ORDER
COZY EARTH, LLC,        :
        Defendant.        :
        :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's Order of December 11, 2020, ECF No. 5, the parties filed a joint status letter on January 20, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 10.  The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's December 11, 2020 Order.

        SO ORDERED.

Dated: January 20, 2021        _____
      New York, New York        JESSE M. FURMAN
        United States District Judge