UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE QUEZADA, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>COZY EARTH, LLC<br>　　　　　　　　Defendant. | Case No. 1:20-cv-10463-JMF<br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:　Queens, New York
　　　　February 16, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*By: /s/ Mars Khaimov*
　　　　　　　　　　　　　　　　　　　　Mars Khaimov, Esq.
　　　　　　　　　　　　　　　　　　　　Mars Khaimov Law, PLLC
　　　　　　　　　　　　　　　　　　　　10826 64th Avenue, Second Floor
　　　　　　　　　　　　　　　　　　　　Forest Hills, New York 11375
　　　　　　　　　　　　　　　　　　　　marskhaimovlaw@gmail.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　February 17, 2021